**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*[Seal: United States Bankruptcy Court, Southern District of Ohio]*

*Burton Perlman*
Burton Perlman
United States Bankruptcy Judge

**Dated: April 27, 2011**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 10-16468 |
| RYAN G. SHELDON | |
| KRISTIN S. SHELDON | CHAPTER 13 |
| SSN-XXX-XX-2795 | |
| SSN-XXX-XX-3208 | JUDGE J. VINCENT AUG JR. |
| | |
| DEBTORS | **ORDER GRANTING U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY RELIEF FROM STAY DOCKET NO. 29 (Real Property located at 4775 Rapid Run Road, Cincinnati, OH 45238 )** |

_____

This matter came to be considered on the Motion for Relief from Stay ("the Motion") filed by  U.S. Bank, N.A. Successor By Merger To The Leader Mortgage Company. ("Movant") at Docket No. 29.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns to proceed in state court as to its Collateral or to otherwise enforce its lien rights in the Collateral, know as Real Property **4775 Rapid Run Road, Cincinnati, OH 45238.**

**IT IS SO ORDERED.**

**SUBMITTED BY:**

/s/ Erin M. Laurito
_____
Jeffrey V. Laurito (0014652)
Erin M. Laurito (0075531)
LAURITO & LAURITO, L.L.C.
7550 Paragon Road
Dayton, OH 45459
937-743-4878
937-743-4877 fax
Attorneys for Movant

COPIES TO


Default List

**US Bank NA ND, Interested Party**
**4355 17th Ave. SW**
**Fargo, ND 58103**


### ###